OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 On the record the no probable cause decision of the Division of Human Rights was not arbitrary or capricious. Furthermore, it cannot be said that the procedure followed at the division’s investigation conferences, involving written and oral presentations,, constituted either a violation of the statutory scheme (Executive Law, § 297, subd 2;
 
 *923
 
 § 297-a, subd 7) or the deprivation of a constitutional right. Due process does not require all the accoutrements of an adversarial trial at every stage of an administrative proceeding (see Friendly, Some Kind of Hearing, 123 U of Pa L Rev 1267).
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed, with costs, in a memorandum.